O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM BLEWETT, | NO. CV 13-2711-MAN |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Denying: Habeas Petition; And Certificate of Appealabilty,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 23, 2013

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE